# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

REGIONS BANK AND REGIONS
COMMERCIAL EQUIPMENT
FINANCE, LLC

NO.   2019 CW 1221

VERSUS

MICHAEL EYMARD, RAIMY
EYMARD, LOUIS EYMARD, II,
AND OFFSHORE MARINE
CONTRACTORS. INC., AND AVIS
J. BOURG, JR.

CONSOLIDATED WITH

AVIS J. BOURG, JR.

**DEC 2 3 2019**

VERSUS

MICHAEL EYMARD, LOUIS J.
EYMARD AND RAIMY D. EYMARD

---

In Re:    Avis  J.  Bourg,  Jr.,  applying  for  supervisory  writs,
17th  Judicial  District  Court,  Parish  of  Lafourche,
Nos. 131524 c/w 131426.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT  NOT  CONSIDERED.**   This  writ  application  fails  to
comply  with  the  Uniform  Rules  of  Louisiana  Courts  of  Appeal,
Rule 4-5(C)(10).   Relator  failed  to  include  a  copy  of  the  court
minutes.

Supplementation  of  this  writ  application  and/or  an
application  for  rehearing  will  not  be  considered.  Uniform  Rules
of  Louisiana  Courts  of  Appeal,  Rules 4-9 and 2-18.7.

If  relator  seeks  to  file  a  new  application  with  this  court,
it  must  contain  all  pertinent  documentation,  the  missing  item
noted  above,  and  must  comply  with  Uniform  Rules  of  Louisiana
Courts  of  Appeal,  Rule 2-12.2.   Any  new  application  must  be
filed  on  or  before  January 6, 2020  and  must  contain  a  copy  of
this  ruling.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT